```
   IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

| | |
|---|---|
| ALISA PARK, Individually )<br>and on Behalf of All )<br>Others Similarly Situated, )<br>et al., )<br>     )<br>    Plaintiffs, )<br>     )<br>    v. )<br>     )<br>     )<br>B & M MANAGEMENT COMPANY, )<br>LLC, )<br>     )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:21cv509-MHT<br>(WO) |

ORDER AND JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The joint motion for approval of the collective action settlement (Doc. 50) is granted, and the parties' settlement agreement (Doc. 50-1) is approved as a fair and reasonable settlement of bona fide disputes between the parties.

(2) This case is dismissed with prejudice.

(3) The court shall retain jurisdiction over this matter for 30 days to enforce the terms of the settlement, if necessary.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of April, 2023.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**